David S. Maring, Esq.
**MARING WILLIAMS LAW OFFICE, P.C.**
400 East Broadway, Suite 307
Post Office Box 795
Bismarck, North Dakota 58502-0795
Telephone (701) 224-0430
Attorneys for Plaintiff

Thomas N. Stanton, Esq.
**QUARLES & BRADY**
Firstar Plaza
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703-2808
Telephone (608) 251-5000
- and -
John R. Clemency, Esq.
Robert P. Harris, Esq.
**QUARLES & BRADY STREICH LANG LLP**
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone (602) 229-5200
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KAZUE SWEDBERG,<br><br>Plaintiff,<br><br>vs.<br><br>EMIL MAROTZKE,<br><br>Defendant. | Civil No. 00 CV 2421 DWF/RLE<br><br>**ORDER REGARDING STAY OF PROCEEDINGS** |

This matter came before the Court pursuant to the "Stipulation Regarding Stay of Proceedings" (the "Stipulation") filed by Plaintiff Kazue Swedberg and Defendant Emil Marotzke. In the Stipulation, the parties agree to a stay of the proceedings in the above-captioned case as stated therein.

NOV 06 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on the Stipulation, and the entire record before the Court; and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Stipulation shall be, and hereby is, approved.

2. The deadline for Defendant to file an answer or motion to dismiss under Rule 12(b), Federal Rules of Civil Procedure is hereby extended until the date which is twenty (20) days after Plaintiff serves on Defendant notice that she intends to proceed with this case.

3. All of Defendant's defenses and objections are reserved as stated in the Stipulation, except as expressly provided with respect to Defendant's waiver of the defenses of insufficiency of process and insufficiency of service of process.

DATED this 6th day of November, 2000.

UNITED STATES DISTRICT JUDGE

David S. Maring, Esq.
**MARING WILLIAMS LAW OFFICE, P.C.**
400 East Broadway, Suite 307
Post Office Box 795
Bismarck, North Dakota 58502-0795
Telephone (701) 224-0430
Attorneys for Plaintiff

Thomas N. Stanton, Esq.
**QUARLES & BRADY**
Firstar Plaza
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703-2808
Telephone (608) 251-5000
- and -
John R. Clemency, Esq.
Robert P. Harris, Esq.
**QUARLES & BRADY STREICH LANG LLP**
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone (602) 229-5200
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KAZUE SWEDBERG,<br>Plaintiff,<br>vs.<br>EMIL MAROTZKE,<br>Defendant. | Civil No. 00 CV 2421 DWF/RLE<br><br>**STIPULATION REGARDING STAY OF PROCEEDINGS** |

Plaintiff Kazue Swedberg and Defendant Emil Marotzke, by and through their undersigned counsel, hereby stipulate to a stay of the proceedings in the above-captioned case as stated below. In this regard, the parties stipulate and agree as follows:

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Plaintiff commenced this case by service of a summons and Complaint in the District Court for Clay County, Minnesota (the "Minnesota State Court"). Defendant was personally served with Plaintiff's Complaint and related Summons on October 2, 2000.

2. On October 31, 2000, Defendant filed a Notice of Removal with this Court, thereby removing this case from the Minnesota State Court to this Court pursuant to 28 U.S.C. §1441.

3. Plaintiff and Defendant are parties to another lawsuit which is pending in the United Stated District Court for the District of Arizona, Case No. CIV 99-1977-PCT-MS (the "Arizona Action"). Plaintiff commenced the Arizona Action with a complaint (which requests the same relief as the Complaint filed by Plaintiff in this case) filed on or about November 4, 1999.

4. The District Court in the Arizona Action has under advisement Defendant's motion to dismiss, and Plaintiff's motion for reconsideration.

5. Accordingly, the parties agree that the deadline for Defendant to file an answer or motion to dismiss under Rule 12(b), Federal Rules of Civil Procedure is extended until the date which is twenty (20) days after Plaintiff serves on Defendant notice that she intends to proceed with this case.

6. The parties agree that: (a) Defendant has not (and does not) consent to the jurisdiction of this Court; (b) Defendant waives the defenses of insufficiency of process and insufficiency of service of process; (c) Defendant does not waive, and hereby expressly reserves, all of his defenses (except as stated above in this

paragraph) and objections with respect to Plaintiff's Complaint, including, without limitation: (i) lack of personal jurisdiction and the other defenses listed in Rule 12(b), Federal Rules of Civil Procedure, (ii) improper venue, and (iii) all affirmative defenses listed in Rule 8(c), Federal Rules of Civil Procedure; and (d) Defendant does not waive, and hereby expressly reserves, his right to seek a further stay or a dismissal of this case, or a change in venue, to allow the parties' dispute to be determined in the Arizona Action.

DATED this 31st day of October, 2000.

QUARLES & BRADY
Firstar Plaza
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703-2808
Telephone (608) 251-5000
and
QUARLES & BRADY STREICH LANG LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone (602) 229-5200
Attorneys for Defendant

By ____________________
John R. Clemency
Robert P. Harris
Thomas N. Stanton

MARING WILLIAMS LAW OFFICE, P.C.
400 East Broadway, Suite 307
Post Office Box 795
Bismarck, North Dakota 58502-0795
Telephone (701) 224-0430
Attorneys for Plaintiff

By ____________________
David S. Maring