ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Kazue Swedberg,<br>Plaintiff,<br>vs.<br>Emil Marotzke,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00 CV 2421 DWF/RLE<br><br>**ORDER TO REOPEN** |

Pursuant to an Order dated January 30, 2002, this case was administratively terminated without prejudice to the right of any party to reopen the proceedings for good cause. Based on the Motion of plaintiff Kazue Swedberg establishing good cause for reopening this case, it is

ORDERED that the above-captioned matter is reopened and the administrative termination lifted.

Dated this 27th day of October, 2003.

Donovan W. Frank
Judge of United States District Court

OCT 27 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK