# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| KAZUE SWEDBERG, Plaintiff, | ) | **COURT MINUTES** BEFORE: DONOVAN W. FRANK U.S. Judge |
| v. | ) | Case No: 00-2421 (DWF/RLE) |
| | ) | Date: March 5, 2004 |
| EMIL MAROTZKE, | ) | Deputy: Deputy Clerk |
| | ) | Court Reporter: JEANNE ANDERSON |
| Defendant. | ) | Time Commenced: 9:00 AM |
| | ) | Time Concluded: 10:00 AM |
| | ) | Time in Court: 1 Hour & 00 Minutes |

Hearing on: **DEFTS. MOTION TO DISMISS OR TRANSER (17).**
MOTION TAKEN UNDER ADVISEMENT.

APPEARANCES:

Plaintiff: DAVID MARING
Defendant: JOHN CLEMENCY, PATRICK ROBBEN

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
: Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk