**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| KAZUE SWEDBERG,<br><br>Swedberg,<br>v.<br><br>EMIL MAROTZKE,<br><br>Marotzke. | Civil No. 00 CV 2421 (DWF/RLE)<br><br>**ANSWER** |

Emil Marotzke ("Marotzke"), by and through undersigned counsel, as and for its Answer to the "Amended Complaint" filed by Kazue Swedberg ("Swedberg"), admits, denies, and alleges as follows:

1. Answering paragraph 1 of the Amended Complaint, Marotzke denies the allegations in paragraph 1.

2. Answering paragraph 2 of the Amended Complaint, Marotzke is without knowledge or information sufficient to form a belief as to the averments of paragraph 2 and, therefore, denies the allegations in paragraph 2. On information, and belief, Marotzke alleges that Swedberg now lives in Bullhead City, Arizona.

3. Answering paragraph 3 of the Amended Complaint, Marotzke admits that he is an unmarried man, and that he is a resident of Mohave County, Arizona. Marotzke denies the remaining allegations contained in paragraph

3 of the Amended Complaint, and affirmatively alleges that he does not have sufficient contacts with the State of Minnesota for this Court to have personal jurisdiction over him.

4. Answering paragraph 4 of the Amended Complaint, Marotzke admits that the amount in controversy exceeds $75,000, exclusive of interests and costs. Marotzke is without knowledge or information sufficient to form a belief as to the remaining averments of paragraph 4 and, therefore, denies the balance of paragraph 4 of the Amended Complaint.

5. Answering paragraph 5 of the Amended Complaint, Marotzke is without knowledge or information sufficient to form a belief as to the averments of paragraph 5 and, therefore, Marotzke denies the allegations in paragraph 5.

6. Answering paragraph 6 of the Amended Complaint, Marotzke is without knowledge or information sufficient to form a belief as to the averments of paragraph 6 and, therefore, Marotzke denies the allegations in paragraph 6.

7. Answering paragraph 7 of the Amended Complaint, Marotzke is without knowledge or information sufficient to form a belief as to the averments of paragraph 7 and, therefore, Marotzke denies the allegations in paragraph 7.

8. Answering paragraph 8 of the Amended Complaint, Marotzke is without knowledge or information sufficient to form a belief as to the averments of paragraph 8 and, therefore, Marotzke denies the allegations in paragraph 8.

9. Marotzke denies the allegations in paragraph 9.

10. Marotzke denies the allegations in paragraph 10.

11. Marotzke denies the allegations in paragraph 11.

12. Marotzke denies the allegations in paragraph 12.

13. Marotzke denies each and every allegation of the Amended Complaint that is not specifically admitted herein.

## **AFFIRMATIVE DEFENSES**

14. Marotzke hereby incorporates paragraphs 1 through 13 above.

15. Pursuant to Rule 12(b)(2), Federal Rules of Civil Procedure, Marotzke hereby asserts the defense of lack of personal jurisdiction.

16. Pursuant to Rule 12(b)(3), Federal Rules of Civil Procedure, Marotzke hereby asserts the defense of improper venue.

17. Pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, Marotzke hereby asserts the defense of failure to state a claim upon which relief may be granted.

18. Marotzke hereby asserts the statute of limitations as a defense.

19. Marotzke hereby asserts the defense of waiver.

20. Marotzke hereby asserts the defense of failure of consideration.

21. Marotzke hereby asserts the defense of laches.

WHEREFORE, Marotzke respectfully requests that Swedberg's Amended Complaint be dismissed with prejudice and that Swedberg recover nothing thereby.

RESPECTFULLY SUBMITTED this 21st day of May, 2004.

RIDER BENNETT, LLP

By s/ Patrick D. Robben
Richard J. Nygaard
Patrick D. Robben

Attorneys for Marotzke
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8900
Facsimile: (612) 340-7900
pdrobben@riderlaw.com

AND

John R. Clemency (009646)
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 445-8000

COPY of the foregoing mailed
this 21st day of May, 2004, to:

David S. Maring
MARING WILLIAMS LAW OFFICE,
P.C.
400 E. Broadway Avenue, Suite 307
P.O. Box 795
Bismarck, ND 58502-0795
Attorney for Swedberg

s/ Patrick D. Robben