**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2004, I caused the following documents:

Answer

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**David Scott Maring**
dmaring@maringlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage, paid, to the following non-ECF participants:

Dated: May 21, 2004

By s/ Patrick D. Robben
Patrick D. Robben