IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Kazue Swedberg, | ) | |
| | ) | Civil No. 00 CV 2421 DWF/RLE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED COMPLAINT** |
| | ) | |
| Emil Marotzke, | ) | |
| | ) | |
| Defendant. | ) | |

Kazue Swedberg (Swedberg), for her Amended Complaint against Emil Marotzke (Marotzke), states and alleges as follows:

1. This is an action for damages arising out of a loan of money.

2. Swedberg is an unmarried woman who was a resident of Clay County, Minnesota when this action was commenced and, as of the date of this Amended Complaint, is a resident of Cass County, North Dakota.

3. Marotzke is, upon information and belief, an unmarried man and a resident of Mohave County, Arizona. Marotzke's contacts with Minnesota are sufficient to allow this Court to exercise long-arm jurisdiction over him.

4. This Court has jurisdiction over this matter since it is a dispute between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs.

5. Swedberg acquired the right to proceed with the claims set forth in this Amended Complaint through assignment from Smoky's of West Fargo, Inc., Obed Williamson (Williamson), and Claude Oppegard (Oppegard).

APR 2 0 2004

7

6. On or about November 21, 1993, pursuant to a Note and Agreement, Williamson agreed to loan $100,000 to Oppegard. A true and correct copy of the Note and Agreement is attached to the Amended Complaint as Exhibit A.

7. On or about November 22, 1993, the sum of $100,000 was transferred to Oppegard pursuant to a check signed by Williamson on the account of Smoky's of West Fargo, Inc. A true and correct copy of the check is attached to the Amended Complaint as Exhibit B.

8. Oppegard caused the $100,000 to be deposited in his Heartland Insurance Agency account and, on or about November 26, 1993, issued a check from the Heartland Insurance Agency account made payable to Oppegard. A true and correct copy of this check is attached to the Amended Complaint as Exhibit C.

9. Pursuant to an agreement between Oppegard and Marotzke, Oppegard loaned the $100,000 to Marotzke, to be repaid over time, with interest at the rate of 15% per annum. Negotiations leading up to this transaction and other events concerning this transaction occurred in Moorhead, Minnesota.

10. Marotzke has failed to repay the $100,000 that he borrowed from Oppegard.

11. Swedberg, as an assignee of Oppegard, Smoky's of West Fargo, Inc., and Williamson, has the right to recover the $100,000 due from Marotzke, plus interest at the rate of 15% per annum.

12. Although more than six years have passed since the money was loaned to Marotzke, the statute of limitations was extended by interest payments made by or on behalf of Marotzke. In addition, Marotzke should be equitably estopped from claiming

that the statute of limitations has run and the statute of limitations was tolled based on the actions taken by or on behalf of Marotzke.

WHEREFORE, Swedberg requests judgment against Marotzke for the sum of $100,000, interest at the rate of 15% per annum, and such other and further relief as is just and proper under the circumstances.

Dated this 19th day of April, 2004.

MARING WILLIAMS LAW OFFICE, P.C.

BY: David S. Maring

David S. Maring (MN License No. 67544)
400 East Broadway Avenue, Suite 307
P.O. Box 795
Bismarck, North Dakota 58502-0795
Telephone: (701) 224-0430
ATTORNEY FOR PLAINTIFF

PLAINTIFF'S EXHIBIT 66

NOTE AND AGREEMENT

This Agreement is entered into as of November 21st 1993 between Claude Oppegard and Obid Williamson.

Whereas Claude Oppegard desires financing;

Whereas Obid Williamson has the funds of $100,000 to loan Claude Oppegard;

Therefore the parties to this agreement do hereby covenant and agree as follows:

1.) Obid Williamson agrees to loan Claude Oppegard One hundred thousand dollars, ($100,000.00).

2.) Claude Oppegard agrees to the payment of interest at fifteen percent (15%) per annium to be paid as follow:

| | | |
|---|---|---|
| $1250.00 | January | 1st 1994 |
| 1250.00 | February | 1st 1994 |
| 1250.00 | March | 1st 1994 |
| 1250.00 | April | 1st 1994 |

3.) On April 1st of 1994 this loan will be reviewed and Obid Williamson may elect to require Claude Oppegard to begin amortization of the principal at $5,000.00 plus interest to be paid monthly.

4.) This loan is secured by contracts from Ridgeview RV Park.

Default in payment or performance of any obligations under this agreement is a default under this agreement. Upon such default Obid Williamson may declare interest and principal immediately due and payable and shall have the remedies of a secured party under the uniform Commercial Code of Minnesota.

This agreement shall be a joint and several obligation of Claude Oppegard and shall be binding on heirs, successors or assigns of all parties.

Agreed this 21st day of November 1993.

| | |
|---|---|
| Claude Oppegard | Obid Williamson |
| witness | witness |

EXHIBIT A

No. 181

**SMOKY'S OF WEST FARGO, INC.**
DBA SMOKY'S OF WEST FARGO
HIGHWAY 10, WEST PH. 281-1648
WEST FARGO, ND 58078

77-1057/913

Nov 22 1993

Pay to the order of [illegible] $ 100,000 no/100

One Hundred Thousand & no/100 Dollars

UNION STATE BANK
Village Square Office Park at 901 40th Street SW.
West Acres Shopping Center Ph. 701-282-4398
P.O. Box 9399 • Fargo, ND 58106-9399

For ____________________ [signature] MP

⑈000181⑈ ⑆091310576⑆ 179623305⑈

EXHIBIT
B

8002

**HEARTLAND**
INSURANCE AGENCY
(218) 287-2221
1506 - Main Avenue, Moorhead, MN 56560

NOVEMBER 26, 19 93

PAY TO THE ORDER OF CLAUDE OPPEGARD $ 100,000.00

ONE HUNDRED THOUSAND DOLLARS AND NO/100 DOLLARS

American Bank
and Trust Company

FOR

Claude Oppegard

⑈008002⑈ ⑆091214685⑆ ⑈13 789 1⑈ ⑈0010000000⑈

122100024 11/26/93
BANK ONE, ARIZONA, N.A.
PHOENIX ARIZONA
13363017

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

PAYABLE TO EMIL MAROTZKE
By Claude Oppegard

EXHIBIT
C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Kazue Swedberg,<br><br>Plaintiff,<br><br>vs.<br><br>Emil Marotzke,<br><br>Defendant. | Civil No. 00 CV 2421 DWF/RLE<br><br>**AFFIDAVIT OF SERVICE BY MAIL AND EXPRESS DELIVERY** |

STATE OF NORTH DAKOTA )
) ss
COUNTY OF BURLEIGH )

Glynda M. Janz, being first duly sworn, says that a copy of the **Amended Complaint** was served upon the following:

Robert P. Harris
Quarles & Brady Streich Lang, P.A.
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391

Richard J. Nygaard
Patrick D. Robben
Rider Bennett, LLP
333 South 7th Street, Suite 2000
Minneapolis, MN 55402

by enclosing the same in an envelope addressed to such attorneys at the above business address, with postage fully prepaid, and by depositing said envelopes in a United States Postal service mailbox at Bismarck, North Dakota, on the 19th day of April, 2004. Said documents were also sent by **FEDERAL EXPRESS-overnight delivery** addressed to such attorneys at the above business address, with Federal Express charges fully prepaid by depositing into a Federal Express drop box at Bismarck, North Dakota, on the 19th day of April, 2004.

Glynda M. Janz
Glynda M. Janz

Subscribed and sworn to before me this 19th day of April, 2004.

JANE F. VEITZ
Notary Public
State of North Dakota
My Commission Expires June 28, 2006

Jane F. Veitz
Jane F. Veitz, Notary Public
My commission expires: 06/28/06

MARING WILLIAMS
LAW OFFICE, P.C.
TRIAL ATTORNEYS

DAVID S. MARING*
MICHAEL J. WILLIAMS
DANIEL J. DUNN*
DEANN M. PLADSON
ANTHONY J. WEILER

LICENSED IN ND AND MN
*CIVIL TRIAL SPECIALIST CERTIFIED BY MSBA AND NBTA

PARALEGALS

KRISTI M. JAROLIMEK
MARY KAY SCHWANDT, R.N.
BONNIE L. HARRIS
SARA L. LEIER

April 19, 2004

Richard Sletten
Clerk of Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101

**SENT BY FEDERAL EXPRESS**

RECEIVED
04 APR 20 AM 8:22
CLERK U.S. DIST. COURT
ST. PAUL, MN

**RE: Kazue Swedberg v. Emil Marotzke**
**Civil No. 00 CV 2421 DWF/RLE**
**Our File No. 99D-943**

Dear Mr. Sletten:

I am enclosing for filing with respect to the above-captioned matter an Amended Complaint.

Please get in touch with me if you have any questions.

Very truly yours,

David S. Maring

jfv
enclosure
c: Kazue Swedberg (w/ enc.)