MARING WILLIAMS

LAW OFFICE, P.C.

TRIAL ATTORNEYS

DAVID S. MARING*
MICHAEL J. WILLIAMS
DANIEL J. DUNN*
DEANN M. PLADSON
ANTHONY J. WEILER

LICENSED IN ND AND MN
*CIVIL TRIAL SPECIALIST CERTIFIED BY MSBA AND NBTA

PARALEGALS

KRISTI M. JAROLIMEK
MARY KAY SCHWANDT, R.N.
BONNIE L. HARRIS
SARA L. LEIER

July 1, 2004

Richard Sletten
Clerk of Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101

RECEIVED
BY MAIL
JUL 06 2004
CLERK, US DIST. COURT
ST. PAUL, MN

**RE: Kazue Swedberg v. Emil Marotzke**
**Civil No. 00 CV 2421 DWF/RLE**
**Our File No. 99D-943**

Dear Mr. Sletten:

This letter is to advise you that the parties have reached a settlement with respect to the above-captioned matter. We anticipate that the paperwork will be completed and filed within the next 30 days.

Please get in touch with me if you have any questions.

Very truly yours,

David S. Maring

jfv

c: Magistrate Judge Raymond L. Erickson
John R. Clemency (sent by fax only)
Patrick D. Robben (sent by fax only)
Kazue Swedberg

SCANNED
JUL 06 2004
U.S. DISTRICT COURT ST. PAUL

REPLY TO: X BISMARCK OFFICE: 400 EAST BROADWAY • SUITE 307 • PO BOX 795 • BISMARCK, ND 58502 • (701) 224-0430 • FAX (701) 224-0454
___ FARGO OFFICE: 1220 MAIN AVENUE • SUITE 105 • PO BOX 2103 • FARGO, ND 58107 • (701) 241-4141 • FAX (701) 235-2268
___ DETROIT LAKES OFFICE: 714 LAKE AVENUE • SUITE 101 • DETROIT LAKES, MN 56501 • (218) 847-2257
BISMARCK E-MAIL: bismarck@maringlaw.com • FARGO E-MAIL: mwlo@maringlaw.com