**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kazue Swedberg, Civil No. 00-2421 (DWF/RLE)

Plaintiff,

v. **ORDER OF DISMISSAL**

Emil Marotzke,

Defendant.

---

David S. Maring, Esq., Maring Williams, P.O. Box 795, Bismarck, North Dakota 58502-0795, counsel for Plaintiff.

John R. Clemency, Esq., and Keriann M. Atencio, Esq., Greenberg Traurig, LLP, 2375 East Camelback Road, 7th Floor, Phoenix, Arizona 85016; Patrick Robben, Esq., and Richard J. Nygaard, Esq., Rider Bennett, LLP, 333 7th Street, Suite 2000, Minneapolis, Minnesota 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 9, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court