**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kazue Swedberg, Civil No. 00-2421 (DWF/RLE)

Plaintiff,

v. **ORDER FOR DISMISSAL WITH PREJUDICE**

Emil Marotzke,

Defendant.

---

David S. Maring, Esq., Maring Williams, P.O. Box 795, Bismarck, ND 58502-0795, counsel for Plaintiff.

John R. Clemency, Esq., and Keriann M. Atencio, Esq., Greenberg Traurig, LLP, 2375 E Camelback Road, 7th Floor, Phoenix, AZ 85016; Patrick Robben, Esq., and Richard J. Nygaard, Esq., Rider Bennett LLP, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, counsel for Defendant.

---

The plaintiff and defendant have filed a Stipulation for Dismissal With Prejudice of this lawsuit. Based on the Stipulation,

**IT IS HEREBY ORDERED** that the above-entitled matter is dismissed with prejudice and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 12, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court