# UNITED STATES DISTRICT COURT
## District of Minnesota

Kazue Swedberg,

V.

Emil Marotzke,

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2421 DWF/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled matter is dismissed with prejudice and without costs or disbursements to any party.

August 13, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Rena J. Lexvold
(By) Rena J. Lexvold, Deputy Clerk