IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

Kazue Swedberg,

Plaintiff,

vs.

Emil Marotzke,

Defendant.

Civil No. 00 CV 2421 DWF/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties, through their respective attorneys, that the above-entitled matter may be dismissed with prejudice and without costs or disbursements to any party. It is further stipulated that this Stipulation may be presented to the Court for entry of an Order in the form filed with this Stipulation.

Date: 8/9/04

MARING WILLIAMS LAW OFFICE, P.C.

By: [signature]
David S. Maring (MN I.D. 67544)
400 East Broadway, Suite 307
P. O. Box 795
Bismarck, ND 58502-0795
(701) 224-0430
ATTORNEY FOR PLAINTIFF

Date: 8-4-04

GREENBERG TRAURIG LLP

By: [signature]
John R. Clemency (009646)
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 445-8000

and

SCANNED
AUG 12 2004
U.S. DISTRICT COURT ST. PAUL

Patrick D. Robben (284166)
RIDER BENNETT, LLP
333 South 7th Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8900

ATTORNEYS FOR DEFENDANT